```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

**CINDY KENDRICK,**

       **Plaintiff,**

   **vs.**                                                     **Civil Action 2:12-cv-807**

                                                             **Judge Frost**

**AUTOTRADER.COM, INC.,**

                                                             **Magistrate Judge King**

       **Defendant.**

<u>ORDER</u>

    This case has been reported settled by the mediator.

    **A status conference will be held on April 26, 2013 at 10:00 a.m., unless the dismissal entry is received prior to that time.**

    If the case remains pending on that date, but no party appears for the conference, the Court will assume that the case is subject to dismissal and will order the case dismissed with prejudice.


  <u>March 25, 2013</u>                                  *s/Norah McCann King*
                                                              Norah M$^c$Cann King
                                                     United States Magistrate Judge